```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


GRISEL GONZALEZ                    :

     v.                            :    CASE NO. 3:13CV481 (AWT)

FARMINGTON AUTO PARK, LLC, and     :
CREDIT ACCEPTANCE CORPORATION
```

## DEFAULT JUDGMENT

A default under F.R.Civ.P. was entered on July 2, 2013 against the defendant Farmington Auto Park, LLC.

On December 16, 2013, the plaintiff filed a motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The court considered the full record of the case including applicable principles of law, and the court granted the motion. (On February 12, 2014, defendant Credit Acceptance Corporation was dismissed from this case.)

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff Grisel Gonzalez, against the defendant Farmington Auto Park, LLC, as follows: actual damages in the amount of $1,855; statutory damages in the amount of $2,000 pursuant to the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA"); and punitive damages in the amount of $5,565 pursuant to the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a et seq. ("CUTPA"), plus attorneys' fees and costs in the amount of $9,592.00.

-2-

Dated at Hartford, Connecticut, this 14th day of March, 2014.

>                           ROBERTA D. TABORA, Clerk
>                           United States District Court
>
>
>                           By    /s/ SLS
>                                 Sandra Smith
>                                 Deputy Clerk

EOD   3/14/2014